Form B1 (Official Form 1) - (Rev. 04/10)                                                          2010 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> TLRX LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> n/a |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): 95-4655461 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> 11620 Wilshire Blvd., 10th Floor. <br> Los Angeles, CA <br>     ZIP CODE 90025 | Street Address of Joint Debtor (No. & Street, City, and State): <br> n/a <br>     ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Los Angeles | County of Residence or of the Principal Place of Business: <br> n/a |
| Mailing Address of Debtor (if different from street address): <br> n/a <br>     ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> n/a <br>     ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): |     ZIP CODE |
|---|---|

**Type of Debtor** (Form of Organization) (Check **one** box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. §101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] other

real estate

**Tax-Exempt Entity** (Check **one** box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which** the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |


American LegalNet, Inc. <br> www.FormsWorkFlow.com

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>TLRX LLC |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: See attached | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|
| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

American LegalNet, Inc.
www.FormsWorkFlow.com

Attachment to Voluntary Petition

Pending Bankruptcy Cases Filed by any Spouse, Partner or Affiliate of this Debtor:

| Name of Debtor: | Robert Robotti |
|---|---|
| Case Number: | Not yet assigned; filed concurrently with this case. |
| Date Filed: | March 18, 2011 |
| District: | Central District of California (Los Angeles) |
| Relationship: | Robert Robotti is managing member of the Debtor. |
| Judge: | Not yet assigned |

| Name of Debtor: | SCI Real Estate Investments, LLC |
|---|---|
| Case Number: | 2:11-bk-15975-PC |
| Date Filed: | February 11, 2011 |
| District: | Central District of California (Los Angeles) |
| Relationship: | Robert Robotti, an insider of SCI Real Estate Investments LLC, is managing member of the Debtor. |
| Judge: | Hon. Peter Carroll |

| Name of Debtor: | Secured California Investments, Inc. |
|---|---|
| Case Number: | 2:11-bk-15987-PC |
| Date Filed: | February 11, 2011 |
| District: | Central District of California (Los Angeles) |
| Relationship: | Robert Robotti, an insider of SCI Inc., is managing member of the Debtor. |
| Judge: | Hon. Peter Carroll |

Form B1 (Official Form 1) (Rev. 1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>TLRX LLC |
|---|---|

## Signatures

<table>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____<br>Signature of Debtor

X _____<br>Signature of Joint Debtor

_____<br>Telephone Number (If not represented by attorney)

_____<br>Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X <u>n/a</u><br>(Signature of Foreign Representative)

_____<br>(Printed Name of Foreign Representative)

_____<br>Date

</td>
</tr>
<tr>
<td>

<b>Signature of Attorney</b>

X _____<br>Signature of Attorney for Debtor(s)

Leslie A. Cohen<br>Printed Name of Attorney for Debtor(s)

LESLIE COHEN LAW PC<br>Firm Name

506 Santa Monica Blvd., Suite 200<br>Address

Santa Monica, CA 90401

310.394.5900<br>Telephone Number

93698<br>Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

</td>
<td>

<b>Signature of Non-Attorney Bankruptcy Petition Preparer</b>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer

_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____<br>Address

</td>
</tr>
<tr>
<td>

<b>Signature of Debtor (Corporation/Partnership)</b>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____<br>Signature of Authorized Individual

Robert A. Robotti<br>Printed Name of Authorized Individual

Managing Member<br>Title of Authorized Individual

3/18/11<br>Date

</td>
<td>

X _____<br>　　　　　　　　　　　　　　　　　Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

American LegalNet, Inc.<br>www.FormsWorkFlow.com

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court

Central    District Of    California

In re TLRX LLC,
                 Debtor

Case No. _____

Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, govern- ment contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| First Citizens Bank<br>515 S. Flower St., #1200<br>Los Angeles, CA 90071 | John Schulhof<br>First Citizens Bank<br>515 S. Flower St., #1200<br>Los Angeles, CA 90071<br>(213) 623-5418 X 1 | Guaranty on line of credit 1 principle and accrued interest | contingent | 15,333,981.58 |
| First Citizens Bank<br>515 S. Flower St., #1200<br>Los Angeles, CA 90071 | John Schulhof<br>First Citizens Bank<br>515 S. Flower St., #1200<br>Los Angeles, CA 90071<br>(213) 623-5418 X 1 | Guaranty on line of credit 2 principle and accrued interest | contingent | 4,669,907.88 |
| Wachovia Bank<br>333 S Grand Ave. 9th Floor<br>Los Angeles, CA 90071 | Gail E Tubbs<br>Wachovia Bank<br>333 S Grand Ave. 9th Floor<br>Los Angeles, CA 90071<br>213-253-3368 | Guaranty on defaulted secured loan - ITC Property | contingent; subject to setoff | 21,000,000.00 |
| Wachovia Bank<br>333 S Grand Ave. 9th Floor<br>Los Angeles, CA 90071 | Gail E Tubbs<br>Wachovia Bank<br>333 S Grand Ave. 9th Floor<br>Los Angeles, CA 90071<br>213-253-3368 | Guaranty on Timber Springs note | contingent; subject to setoff | 2,900,000.00 |
| Wachovia Bank<br>333 S Grand Ave. 9th Floor<br>Los Angeles, CA 90071 | Gail E Tubbs<br>Wachovia Bank<br>333 S Grand Ave. 9th Floor<br>Los Angeles, CA 90071<br>213-253-3368 | Guaranty on line of credit | contingent | 3,555,000.00 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | | |
|---|---|---|---|---|
| Doug Johnston<br>1221 Ocean Avenue #603<br>Santa Monica CA,90401-1045<br>(310) 699-3467 | Gary Salomons<br>Ecoff, Blut & Salomons<br>280 S. Beverl Drive, Ste 504<br>Beverly Hills, CA 90212<br>310-887-1850 | potential<br>indemnity claim | contingent;<br>disputed | Unknown |
| Bridgette Johnston<br>1221 Ocean Avenue #603<br>Santa Monica CA,90401-1045 | Bridgette Johnston<br>1221 Ocean Avenue #603<br>Santa Monica CA,90401-1045 | potential<br>indemnity claim | contingent;<br>disputed | Unknown |

Date: _3/18/11_

_____
Debtor
Robert Robotti, Managing Member

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    See attached

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at <u>Los Angeles</u>, California.

Debtor
Robert Robotti, Managing Member

Dated <u>3/18/11</u>

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

American LegalNet, Inc.
www.FormsWorkflow.com

| Name of Debtor: | Robert Robotti |
|---|---|
| Case Number: | Not yet assigned; filed concurrently with this case. |
| Date Filed: | March 18, 2011 |
| District: | Central District of California (Los Angeles) |
| Relationship: | Robert Robotti is managing member of the Debtor. |
| Judge: | Not yet assigned |

| Name of Debtor: | SCI Real Estate Investments, LLC |
|---|---|
| Case Number: | 2:11-bk-15975-PC |
| Date Filed: | February 11, 2011 |
| District: | Central District of California (Los Angeles) |
| Relationship: | Robert Robotti, an insider of SCI Real Estate Investments LLC, is managing member of the Debtor. |
| Judge: | Hon. Peter Carroll |

| Name of Debtor: | Secured California Investments, Inc. |
|---|---|
| Case Number: | 2:11-bk-15987-PC |
| Date Filed: | February 11, 2011 |
| District: | Central District of California (Los Angeles) |
| Relationship: | Robert Robotti, an insider of SCI Inc., is managing member of the Debtor. |
| Judge: | Hon. Peter Carroll |

## CERTIFICATE OF TLRX LLC, AUTHORIZING FILING
## OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Robert Robotti, do hereby certify:

1. That I am the Managing Member of TLRX, LLC.

2. On March 18, 2011, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that the Managing Member of this LLC be and he is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and for the best interests of this LLC, its creditors, stockholders and other interested parties, that a Petition be filed by this LLC under the provisions of Chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED that, if the Managing Member of this LLC shall make such a determination, then a Petition under said Chapter 11 shall be filed as submitted by the Managing Member of the LLC and the same hereby is approved and adopted in all respects, and that the Managing Member of this LLC is hereby authorized and directed, on behalf of and in the name of the LLC, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California or such other venue as may be appropriate.

FURTHER RESOLVED that, the Managing Member of this LLC, and/or other officers of the Debtor be and they are hereby authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under said Chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings.

FURTHER RESOLVED that, the firm of LESLIE COHEN LAW, PC, be and it hereby is retained as attorneys for the LLC in connection with the consulting, preparation, negotiating and institution of and maintaining of such proceedings.

DATED:    3/18/11

_____
Robert Robotti
Managing Member

# MASTER MAILING LIST
# Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Leslie A. Cohen (SBN 93698)

Leslie Cohen Law PC
Address  506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

Telephone  310.394.5900

☒  Attorney for Debtor(s)
☐  Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years):<br><br>TLRX, LLC | Case No.: |
| --- | --- |
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____2____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  3/18/11

_Debtor_
Robert A. Robotti, Managing Member

_Attorney (if applicable)_                 _Joint Debtor_

American LegalNet, Inc.
www.USCourtForms.com

TLRX LLC
11620 Wilshire Blvd., 10th Floor.
Los Angeles, CA 90025

Leslie A. Cohen
506 Santa Monica Blvd
Suite 200
Santa Monica, CA 90401

Office of United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA  90017

John Schulhof
First Citizens Bank
515 S. Flower St., #1200
Los Angeles, CA 90071


Gail E Tubbs
Wachovia Bank
333 S Grand Ave. 9th Floor
Los Angeles, CA 90071


Gary Salomons
Ecoff, But & Salomons
280 S. Beverl Drive, Ste 504
Beverly Hills, CA 90212


Doug Johnston
1221 Ocean Avenue #603
Santa Monica CA,90401-1045


Bridgette Johnston
1221 Ocean Avenue #603
Santa Monica CA,90401-1045